**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **RACHEAL MCDANIEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 4:18-cv-164-JHM-HBB** |
| | ) | |
| **HELP AT HOME, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Racheal McDaniel, and Defendant, Help at Home, LLC, have filed their *Joint Stipulation of Dismissal with Prejudice* seeking dismissal of this matter with prejudice. The Court has examined the Stipulation, been duly advised, and now finds that the matter should be dismissed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.  Each party shall bear its own costs.

So ORDERED.

Joseph H. McKinley Jr., Senior Judge
United States District Court

June 1, 2020

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.